United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRES FELIPE OME OSORIO,

Plaintiff,

v.

SERGIO ALBARRAN, et al.,

Defendants.

Case No. 26-cv-08783-PCP

**ORDER TO SHOW CAUSE AND TO MAKE RETURN**

Re: Dkt. No. 1

Pursuant to 28 U.S.C. § 2243, Respondent is ordered to show cause why the writ of habeas corpus should not be granted and to make a return certifying the true cause of the detention. The response to this order and return shall be filed within twenty-one days. Petitioner may file a traverse within twenty-one days of the government's response and return.

**IT IS SO ORDERED.**

Dated: October 6, 2026

P. Casey Pitts
United States District Judge